# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2020

148981(80)(81)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

On order of the Chief Justice, the motion of the Gratiot County Prosecutor to file a response to the brief amicus curiae of the American Civil Liberties Union of Michigan is GRANTED. The response submitted on October 5, 2020, is accepted for filing. On further order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan to file a supplemental brief amicus curiae is GRANTED. The supplemental amicus brief submitted on October 6, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2020          

Clerk